BARRY E. HINKLE, Bar No. 071223
JAMES J. WESSER, Bar No. 142416
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| LARRY TOTTEN, JOSE MORENO, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>  v.<br><br>BURNETT LANDSCAPE & DEVELOPMENT, INC.,<br><br>    Defendants. | No.   C 06 2718 SI<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER**<br><br>Date:  July 21, 2006<br>Time:  2:00 p.m.<br>Courtroom: No. 10, 19th Floor |

/ / /

/ / /

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT
CONFERENCE; (PROPOSED) ORDER
Case No. C 06 2718 SI

[Stamp: DENIED / Judge Susan Illston / United States District Court Northern District of California]

TO:  THE CLERK OF THE COURT AND DEFENDANT BURNETT LANDSCAPE & DEVELOPMENT, INC.:

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial case management conference scheduled for July 21, 2006 be continued to a date convenient for this Court..

As set forth in Plaintiffs' recently filed Case Management Conference Statement, Plaintiffs encountered great difficulty serving defendant, but were successful on June 26, 2006. To Plaintiffs' understanding, defendant has not yet appeared in this matter and respectfully submit that continuing the case management conference to a date subsequent to defendant's anticipated appearance and filing of responsive papers would be far more productive for the parties and the Court.

Plaintiffs shall serve a copy of this Application by mail, as in the absence of an appearance, Plaintiffs have no fax contact for defendants.

.

Dated: July 19, 2006

                                  WEINBERG, ROGER & ROSENFELD
                                  A Professional Corporation

                                  *//s//*
                                  JAMES J. WESSER
                                  Attorneys for Plaintiffs

107606/428214

///
///
///
///
///
///

- 2 -
EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER
Case No. C 06 2718 SI

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Pkwy
Alameda, CA 94501
(510) 337-1001

## **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Based upon the foregoing Ex Parte Application for Continuance of Case Management Conference this Court orders a continuance of the case management conference until _____, 2006. In addition, the Court Orders:

Dated:

HONORABLE SUSAN ILLSTON
JUDGE OF THE DISTRICT COURT

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT
CONFERENCE; (PROPOSED) ORDER
Case No. C 06 2718 SI

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Pkwy
Alameda, CA 94501
(510) 337-1001

**PROOF OF SERVICE**

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On July 20, 2006, I served upon the following parties in this action:

> Richard N. Hill
> LITTLER MENDELSON
> A Professional Corporation
> 650 California Street, 20th Floor
> San Francisco, CA 94108-2693
> Fax: 415/399-8490

copies of the document(s) described as:

**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER**

[X]  **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]  **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]  **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[X]  **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on July 20, 2006.

                     \_\_\_\_//s//_____
                     Karen Scott

- 4 -

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER
Case No. C 06 2718 SI

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Pkwy
Alameda, CA 94501
(510) 337-1001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT
CONFERENCE; (PROPOSED) ORDER
Case No. C 06 2718 SI

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Pkwy
Alameda, CA 94501
(510) 337-1001