UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN,<br><br>       Plaintiff(s),<br><br>  v.<br><br>BURNETT LANDSCAPING &<br>DEVELOPMENT, INC.,<br><br>       Defendant(s). | No. C06-2718 SI (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |

TO: Defendant(s) and their attorney(s) of record:

On July 31, 2006, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for September 28, 2006. Your statement was due September 21, 2006. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, defendant(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: September 25, 2006

                                                  Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-REFS\REFS.06\TOTTEN.LP.ORD.wpd

1